# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D20-0639
_____

GREGORY DRAKE,

Appellant,

v.

REBECCA PAGAN,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
John L. Miller, Judge.

September 30, 2020

PER CURIAM.

DISMISSED.

B.L. THOMAS, BILBREY, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Gregory Drake, pro se, Appellant.

Ashley Moody, Attorney General, and Toni C. Bernstein, Senior Assistant Attorney General, Tallahassee, for Appellee.